**ROUTH CRABTREE OLSEN, P.S.**
Lance E. Olsen #7106
**Derrick J. O'Neill #4021**
**Brian R. Langford #7747**
300 Main Street, #150
Boise, Idaho 83702
Telephone: (208) 489-3035
Facsimile:   (208) 854-3998
blangford@rcolegal.com

Attorneys for Bank of America, N.A.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In re: | Case No. 12-01243-TLM |
|---|---|
| Patrick Joseph Mooney, | Chapter 13 |
| Debtor. | |

**OBJECTION TO CONFIRMATION BY BANK OF AMERICA, N.A.**

COMES NOW, Bank of America, N.A. ("Creditor") and objects to confirmation of the proposed Chapter 13 plan.  The basis for this objection is that the Plan does not comply with the provisions of Title 11, Chapter 13 of the United States Bankruptcy Code and thus should not be confirmed by the Court.

Creditor is a secured creditor of the Chapter 13 estate whose security is described as real property commonly known as 19027 Hallbrook Ct, Leesburg, VA  20176 ("Property"), and legally described as set forth in the deed of trust attached to Creditor's Proof of Claim dated June 15, 2012.

Debtor is the fee simple owner and filed for protection under Chapter 13 of Title 11 of the United States Code on May 23, 2012.

The proposed Chapter 13 plan does not purports to pay anything for pre-petition arrearages due and owing this Creditor. As reflected on the proof of claim dated June 15, 2012, the total amount of arrearages as of the date of Debtor's bankruptcy filing was $10,613.00. The proposed Plan is not feasible under 11 U.S.C. § 1325(a)(5) as this Creditor does not accept the Plan because the value of the property to be distributed under the Plan is less than the allowed amount of this Creditor's claim.

Therefore, Creditor respectfully requests the Court deny confirmation of the proposed Chapter 13 plan.

Dated this 21st day of June 2012.

ROUTH CRABTREE OLSEN

/s/
Brian Langford, ISB# 7747
Attorney for Bank of America, N.A.

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 21st day of June, 2012, a true and correct copy of the Objection to Confirmation and this Certificate of Service was served via CM/ECF Registered Participants as reflected on the Notice of Electronic Filing to the following:

Kathleen A. McCallister
P.O. Box 1150
Meridian, ID 83680
kam13trustee@qwestoffice.net

Office of the United States Trustee
Washington Group Central Plaza
720 Park Blvd., Suite 220
Boise, ID 83712

Jeffrey Philip Kaufman
1513 Tyrell Lane Suite 130
Boise, ID 83706
jeffrey@dbclarklaw.com

    Additionally, a copy of the Objection to Confirmation and this Certificate of Service was served on the following parties by first class mail, postage prepaid, addressed to:

Patrick Joseph Mooney
1415 1/2 W. Fort Street
Boise, ID 83702-5006

                                                /s/
                                            Brian Langford