D. Blair Clark, ISB No. 1367
Jeffrey P. Kaufman, ISB No. 8022
LAW OFFICES OF D. BLAIR CLARK PLLC
1513 Tyrell Lane, Suite 130
Boise, ID  83706
Phone: (208) 475-2050
Fax: (208) 475-2055
Email dbc@dbclarklaw.com
Email jeffrey@dbclarklaw.com

Attorneys for the Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| In re: | Case No. 12-01243-TLM |
|---|---|
| PATRICK JOSEPH MOONEY,<br><br>Debtor. | Chapter 13 |

**Notice of Motion For Approval to Sell Aircraft**

<u>No Objection</u>.  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within **21** days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing

<u>Objection</u>.  Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

<u>Hearing on Objection</u>.  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

**MOTION FOR APPROVAL TO SELL AIRCRAFT**

COMES NOW the debtor, by and through his counsel of record, Jeffrey P. Kaufman, of the Law Offices of D. Blair Clark, and, pursuant to 11 USC §§ 363(b), 1303, and Fed. Bankr. Rule 6004(c), hereby moves to sell Debtor's 1976 Piper Lance airplane ("Aircraft") and offers the following in support:

1.  Debtor is the sole owner of the Aircraft. Claim Rgtr No. 7, pg 8.

2.  Debtor values the Property at $125,000. Docket No. 1, pg 11. This value is supported by the Aircraft Bluebook Price Digest estimation dated July 18, 2012 (which is attached hereto as Exhibit 107 and incorporated herein as if stated in full).

3.  The Aircraft is encumbered by a lien in favor of First Pryority Banking. Docket No. 1, pg 16. The payoff for this lien as of July 23, 2012 is $98,429.82. Claim Rgtr No. 7.

4.  Debtor has accepted an offer from "Bernd Rignhoff or designated Trsutee" for the purchase of the Aircraft for $125,000.00. Such funds have been deposited into an escrow account at Insured Aircraft Title Service, Inc. Attached hereto as Exhibit 108, and incorporated herein as if stated in full, is a copy of the escrow deposit confirmation. Also attached hereto as Exhibit 110, and incorporated herein as if stated in full, is a copy of the sales contract regarding the Aircraft.

5.  On March 3, 2012, prior to the commencement of his case, Debtor engaged V1

Aviation, LLC ("V1 Aviation") for the purposes of advertising and procuring the aircraft's sale.[1] In exchange, Debtor agreed to reimburse V1 Aviation for direct marketing costs and, upon the consummation of a sale, to pay V1 Aviation a $5,000 commission at closing. Attached hereto as Exhibit 109, and incorporated herein as if stated in full, is the Aircraft Sales Management Agreement executed by Debtor and V1 Aviation.

6. Debtor estimates that after consideration for his share of the closing costs (estimated to be $500.00), V1 Aviation's commission and reimbursement (estimated to be $6,000), and payoff of the lien, there will be approximately $20,000.00 potentially available for the bankruptcy estate.[2]

7. As Debtor intends to have the proceeds of the sale benefit his bankruptcy estate, Debtor agrees that Insured Aircraft Title Service, Inc. should disburse all such proceeds directly to the Chapter 13 Trustee and not Debtor.

8. The sale of the Airplane is an "as-is" sale and buyer will accept the Airplane with all faults and no warranties.

9. The sale does not include nor contemplate the sale of any personally identifiable information of any person.

10. It is in the best interest of the Debtor's bankruptcy estate to allow the sale to

---

[1] V1 Aviation agreed to conduct a marketing effort to find a transaction acceptable to Debtor and to identify qualified prospects through V1 Aviation's data system, including print and Internet media, daily telephone/facsimile contacts, Internet advertising, direct email, and proprietary broker/dealer databases.

[2] $125,000 - $500 (closing costs) - $6,000 (commission and reimbursement) - $98,493.09 = $20,070.18.

proceed as it will pay in full First Pryority Bank's lien as well as provide approximately an additional $18,000.00 for distribution to Debtor's unsecured claims upon the confirmation of Debtor's plan.[3]

11.     Debtor also requests that the Court waive 14 day Stay of Order as provided in Rule 6004(h).

WHEREFORE the Debtor respectfully requests that the Court APPROVE the proposed sale.

Dated this 2nd day of August, 2012.

THE LAW OFFICES OF D. BLAIR CLARK, PLLC

By: /s/ *Jeffrey P. Kaufman*
    Jeffrey P. Kaufman

---

[3] While the bankruptcy estate appears to net approximately $20,000, only $18,000 would be available for distribution after consideration of the Trustee's 10% administrative fee.

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2012, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the United States Trustee
ustp.region18.bs.ecf@usdoj.gov

Kathleen A. McCallister, Chapter 13 Trustee
kamccallister@qwestoffice.net

Brian R. Langford, Attorney for Bank of America, N.A.
blangford@rcolegal.com

James K. Miersma, Attorney for Bank of America, N.A.
ecfid@rcflegal.com

Brian R. Langford, Attorney for CitiBank, N.A.
blangford@rcolegal.com

Warren S. Derbidge, Attorney for Internal Revenue Service
warren.derbidge@usdoj.gov

Matthew Todd Christensen, Attorney for Lynn Mooney aka Lynn Zdanovec
mtc@angstrman.com

I further certify that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

**All other parties on the attached Mailing Matrix**

Via certified mail, return receipt requested, addressed as follows:

**None**

                LAW OFFICE OF D. BLAIR CLARK, PLLC

            By: /s/ *Jeffrey P. Kaufman*
               Jeffrey P. Kaufman

**12-01243-TLM | PATRICK MOONEY**
**MOTION FOR APPROVAL TO SELL AIRCRAFT**                  **PAGE 6**
M:\MB\mbwork\Blair\Mooney- Patrick\Mtn. to sell Aircraft.wpd

```
Label Matrix for local noticing          Boise                                    ADT Security
0976-1                                   U.S. Bankruptcy Court, Suite 400         PO Box 650485
Case 12-01243-TLM                        550 West Fort Street                     Dallas, TX 75265-0485
District of Idaho   [LIVE]               Boise, ID 83724-0101
Boise
Thu Aug  2 12:12:46 MDT 2012

American Express                         Bank Of America, N.A.                    Bank of America, N.A.
P.O. Box 0001                            450 American St                          13555 SE 36th St., Suite 300,
Los Angeles, CA 90096-0001               Simi Valley, CA 93065-6285               Bellevue, WA 98006-1489



Bank of America, N.A.                    Barclay Card Services                    Beau Brazier
P. O. Box 660933                         PO BOX 13337                             1415 W Fort St.
Dallas, TX 75266-0933                    Philadelphia, PA 19101-3337              Boise, ID 83702-5006



Charles Hunter                           Citibank, N.A.                           (p)DISCOVER FINANCIAL SERVICES LLC
168 37th Street                          13555 SE 36th St., Suite 300,            PO BOX 3025
Avelon, NJ 08202-1629                    Bellevue, WA 98006-1489                  NEW ALBANY OH 43054-3025



First Pryority Bank                      Gap                                      (p)INTERNAL REVENUE SERVICE
PO Box 218                               P.O. Box 530993                          CENTRALIZED INSOLVENCY OPERATIONS
Pryor, OK 74362-0218                     Atlanta, GA 30353-0993                   PO BOX 7346
                                                                                  PHILADELPHIA PA 19101-7346


Internal Revenue Service                 JC Penneys                               Juilington Creek Plantation
PO BOX 7346                              P.O. Box 960090                          Attn: Richard Kelly
Philadelphia, PA 19101-7346              Orlando, FL 32896-0090                   1637 Race Track Road
                                                                                  Saint Johns, FL 32259-3239


Kohls                                    Lynn M. Zdanovec                         Macys
Payment Center                           19027 Hallbrook Ct                       PO Box 689195
PO BOX 30510                             Leesburg, VA 20176-1632                  Des Moines, IA 50368-9195
Los Angeles, CA 90030-0510



Orange Lake Country Club, Inc.           Pentagon Federal Cr Un                   Sears Credit Cards
8505 W. Irlo Bronson Memorial Hwy.       Po Box 1432                              PO BOX 688956
Kissimmee, FL 34747-8201                 Alexandria, VA 22313-1432                Des Moines, IA 50368-8956



St. Johns County Tax Collect             TJ MAXX                                  Target Credit Card
PO Box 9001                              770 Cochituate Road                      PO Box 673
Saint Augustine, FL 32085-9001           Framingham, MA 01701-4698                Minneapolis, MN 55440-0673



US Trustee                               (p)VIRGINIA DEPARTMENT OF TAXATION       Wendy Sutton
Washington Group Central Plaza           P O BOX 2156                             18992  Coreopsis Terace
720 Park Blvd, Ste 220                   RICHMOND VA 23218-2156                   Leesburg, VA 20176-8462
Boise, ID 83712-7785
```

| | | |
|---|---|---|
| Wilson Resort Finance<br>8505 Irlo Bronson Memorial<br>Kissimmee, FL 34747-8217 | Jeffrey Philip Kaufman<br>Law Office of D. Blair Clark, PLLC<br>1513 Tyrell Lane<br>Suite 130<br>Boise, ID 83706-4255 | Kathleen A. McCallister<br>POB 1150<br>Meridian, ID 83680-1150 |
| Lynn Mooney<br>c/o Angstman Johnson<br>3649 N. Lakeharbor Lane<br>Boise, ID 83703-6913 | Patrick Joseph Mooney<br>8550 Touchton Road East #1621<br>Jacksonville, FL 32216-2220 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover Card<br>P.O. Box 17019<br>Wilmington, DE 19850-7019 | Internal Revenue Service<br>400 North 8th Street<br>Richmond, VA 23219 | (d)Internal Revenue Service<br>550 W. Fort St.<br>Boise, ID 83724 |
| Virginia Dept of Taxation<br>Office of Customer Service<br>PO Box 1115<br>Richmond, VA 23218-1115 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank of America, N.A. | (u)CitiBank, N.A. | (u)Internal Revenue Service |
| (d)Bank of America, N.A.<br>13555 SE 36th St., Suite 300,<br>Bellevue, WA 98006-1489 | End of Label Matrix<br>Mailable recipients   34<br>Bypassed recipients    4<br>Total                 38 | |