D. Blair Clark, ISB No. 1367
Jeffrey P. Kaufman, ISB No. 8022
LAW OFFICES OF D. BLAIR CLARK PLLC
1513 Tyrell Lane, Suite 130
Boise, ID  83706
Phone: (208) 475-2050
Fax: (208) 475-2055
Email dbc@dbclarklaw.com
Email jeffrey@dbclarklaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| In re: | Case No. 12-01243-TLM |
|---|---|
| PATRICK JOSEPH MOONEY, | Chapter 13 |
| Debtor. | |

> **Notice of Application for Allowance of Compensation and Opportunity to Object and for a Hearing**
>
> No Objection.  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within **21** days of the date of this notice.
>
> If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing
>
> Objection.  Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.
>
> Hearing on Objection. The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

## APPLICATION FOR ALLOWANCE OF COMPENSATION

COMES NOW the Applicant, Jeffrey P. Kaufman, of the Law Offices of D. Blair Clark, PLLC, attorney for the Debtor, and hereby submits this Application for Allowance Of Compensation for professional services rendered and reimbursement of expenses advanced pursuant to 11 U.S.C. §330 and the guidelines fo the United States Trustee as follows:

**1.**     Debtor's Petition was filed on May 23, 2012.

**2.**     The Applicant's firm began providing services on behalf of the above captioned Debtor on April 26, 2012 and charged at the hourly rate of $250.00 for services by provided by attorney D. Blair Clark, $175.00 for services provided by the undersigned and $75.00 for services provided by paralegal staff.

**3.**     This Application is not filed less than 120 days after the order for relief or a prior application.

**4.**     The Applicant's firm has been paid a $1,219.00 retainer by the Debtor, leaving a present balance as identified below and the source of compensation to be paid is payments pursuant to Debtor's Chapter 13 Plan of Reorganization, and other available funds, that do not prejudice creditors.

**5.**     The Applicant is admitted to practice as a professional and as attorney before this Court, and is a disinterested person with respect to this case and as such does not hold any interest adverse to the estate with respect to the matter for which professional employment was engaged.

6.       This Application seeks to approve a total compensation amount of $14,949.50 for services rendered from April 26, 2012 through January 11, 2013 as follows:

| | |
|---|---:|
| 1.00 hours at $250.00 per hour (D. Blair Clark) | $     250.00 |
| 76.95 hours at $175.00 per hour (Jeffrey P. Kaufman) | $ 13,466.25 |
| 1.85 hours at $  95.00 per hour (Jeffrey P. Kaufman) | $     175.75 |
| 3.15 hours at $  00.00 per hour (Jeffrey P. Kaufman) | $       00.00 |
| 14.10 hours at $  75.00 per hour (paralegal staff) | $  1,057.50 |
| Subtotal of Fees | $14,949.50 |
| Less fee retainer | ($1,219.00) |
| Present Balance | $13,730.50 |

7.       Debtor provided Applicant $281.00 prior to filing to pay the filing fee cost. Applicant expended $37.95 in costs associated with Debtor's case and requests compensation for those costs.

8.       Applicant requests his total fees and post-petition costs be allowed in the total amount of $14,987.45[1]; of which $13,768.45 is to be paid pursuant to Debtor's plan.

9.       The work done and the fees charged from April 26, 2012 through January 11, 2013 are itemized as Exhibit A and Exhibit B attached hereto.

WHEREFORE the Applicant requests the Court GRANT his application for attorney fees and costs in the amount of $14,987.45.

DATED this 11th day of January, 2013.

                                        LAW OFFICES OF D. BLAIR CLARK, PLLC

                                           /s/ *Jeffrey P. Kaufman*
                                        Jeffrey P. Kaufman

---

[1] $14,949.50 (fees) + $37.95 (costs) = $14,987.45.

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January, 2013, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the United States Trustee
ustp.region18.bs.ecf@usdoj.gov

Kathleen A. McCallister,
    Chapter 13 Trustee
kam13trustee@qwestoffice.net

Alexandra Caval,
    Attorney for Chapter 13 Trustee
alex@kam13trsutee.com

James K. Miersma,
    Attorney for Bank of America, N.A.
ecfid@rcflegal.com

Shannon Marie Clark
    Attorney for CitiBank, N.A.
ecfid@rcolegal.com

Brian R. Langford,
    Attorney for Bank of America, N.A.
    Attorney for CitiBank, N.A.
brian@mhmlawoffices.com

Warren S. Derbidge,
    Attorney for Internal Revenue Service
warren.derbidge@usdoj.gov

Matthew Todd Christensen,
    Attorney for Lynn Mooney
mtc@angstrman.com

Laura Burri, Attorney for Pentagon Federal
    Credit Union
lburri@ringertlaw.com

I further certify that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

**All other parties on the attached mailing matrix**

Via certified mail, return receipt requested, addressed as follows:

**None**

    LAW OFFICE OF D. BLAIR CLARK, PLLC

      /s/ *Jeffrey P. Kaufman*
      Jeffrey P. Kaufman

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0976-1<br>Case 12-01243-TLM<br>District of Idaho [LIVE]<br>Boise<br>Fri Jan 11 16:31:00 MST 2013 | ADT Security<br>PO Box 650485<br>Dallas, TX 75265-0485 | American Express<br>P.O. Box 0001<br>Los Angeles, CA 90096-0001 |
| Bank Of America, N.A.<br>450 American St<br>Simi Valley, CA 93065-6285 | Bank of America, N.A.<br>13555 SE 36th St., Suite 300,<br>Bellevue, WA 98006-1489 | Bank of America, N.A.<br>P. O. Box 660933<br>Dallas, TX 75266-0933 |
| Bank of America, N.A.<br>c/o Lance Olsen<br>13555 SE 36th St., Suite 300,<br>Bellevue, WA 98006-1489 | Barclay Card Services<br>PO BOX 13337<br>Philadelphia, PA 19101-3337 | Beau Brazier<br>1415 W Fort St.<br>Boise, ID 83702-5006 |
| Laura E Burri<br>POB 2773<br>Boise, ID 83701-2773 | Alexandra O Caval<br>POB 1150<br>Meridian, ID 83680-1150 | Charles Hunter<br>168 37th Street<br>Avelon, NJ 08202-1629 |
| Matthew Todd Christensen<br>Angstman, Johnson & Associates, PLLC<br>3649 N. Lakeharbor Lane<br>Boise, ID 83703-6913 | Citibank, N.A.<br>Attn: Correspondence Mail<br>Mail Code: LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203-4774 | Citibank, N.A.<br>c/o Brian Langford<br>Routh Crabtree Olsen, P.S.<br>13555 SE 36th St., Suite 300,<br>Bellevue, WA 98006-1489 |
| Shannon Marie Clark<br>Routh Crabtree Olsen, P.S.<br>300 Main Street, Suite 150<br>Boise, ID 83702-7728 | Commonwealth of Virginia<br>Department of Taxation<br>P.O. Box 2156<br>Richmond, VA 23218-2156 | Warren S Derbidge<br>800 Park Blvd Ste 600<br>Boise, ID 83712-7788 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | First Pryority Bank<br>PO Box 218<br>Pryor, OK 74362-0218 | Gap<br>P.O. Box 530993<br>Atlanta, GA 30353-0993 |
| Highland Title & Escrow<br>44095 Pipeline Plaza<br>Suite 100<br>Ashburn, VA 20147-7514 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 |
| JC Penneys<br>P.O. Box 960090<br>Orlando, FL 32896-0090 | Juilington Creek Plantation<br>Attn: Richard Kelly<br>1637 Race Track Road<br>Saint Johns, FL 32259-3239 | Jeffrey Philip Kaufman<br>Law Office of D. Blair Clark, PLLC<br>1513 Tyrell Lane<br>Suite 130<br>Boise, ID 83706-4255 |
| Kohls<br>Payment Center<br>PO BOX 30510<br>Los Angeles, CA 90030-0510 | Brian R Langford<br>MacArthur Heder Metler<br>3319 N. University Ave<br>Provo, UT 84604-4438 | Lynn M. Zdanovec<br>19027 Hallbrook Ct<br>Leesburg, VA 20176-1632 |

| | | |
|---|---|---|
| Macys<br>PO Box 689195<br>Des Moines, IA 50368-9195 | Kathleen A. McCallister<br>POB 1150<br>Meridian, ID 83680-1150 | James K Miersma<br>13555 SE 36th St., Suite 300<br>Bellevue, WA 98006-1489 |
| Lynn Mooney<br>c/o Angstman Johnson<br>3649 N. Lakeharbor Lane<br>Boise, ID 83703-6913 | Patrick Joseph Mooney<br>8550 Touchton Road East #1621<br>Jacksonville, FL 32216-2220 | Orange Lake Country Club, Inc.<br>8505 W. Irlo Bronson Memorial Hwy.<br>Kissimmee, FL 34747-8201 |
| Pentagon Federal Cr Un<br>Po Box 1432<br>Alexandria, VA 22313-1432 | c/o Laura E. Burri Pentagon Federal Credit U<br>PO Box 2773<br>Boise, ID 83701-2773 | Sears Credit Cards<br>PO BOX 688956<br>Des Moines, IA 50368-8956 |
| St. Johns County Tax Collect<br>PO Box 9001<br>Saint Augustine, FL 32085-9001 | TJ MAXX<br>770 Cochituate Road<br>Framingham, MA 01701-4698 | Target Credit Card<br>PO Box 673<br>Minneapolis, MN 55440-0673 |
| US Trustee<br>Washington Group Central Plaza<br>720 Park Blvd, Ste 220<br>Boise, ID 83712-7785 | (p)VIRGINIA DEPARTMENT OF TAXATION<br>P O BOX 2156<br>RICHMOND VA 23218-2156 | Wendy Sutton<br>18992 Coreopsis Terace<br>Leesburg, VA 20176-8462 |
| Wilson Resort Finance<br>8505 Irlo Bronson Memorial<br>Kissimmee, FL 34747-8217 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover Card<br>P.O. Box 17019<br>Wilmington, DE 19850-7019 | Internal Revenue Service<br>400 North 8th Street<br>Richmond, VA 23219 | (d)Internal Revenue Service<br>550 W. Fort St.<br>Boise, ID 83724 |
| Virginia Dept of Taxation<br>Office of Customer Service<br>PO Box 1115<br>Richmond, VA 23218-1115 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of America, N.A.        (u)CitiBank, N.A.                    (u)Internal Revenue Service

(u)Terry L Myers                End of Label Matrix
                                Mailable recipients    45
                                Bypassed recipients     4
                                Total                  49

| Trans Date | Atty | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | Description |
|---|---|---|---|---|---|---|
| | | | | | | |

**Client ID 14067.00 MOONEY/PATRICK**

| Trans Date | Atty | Tcode/Task Code | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 04/26/2012 | 3 | 2 | 175.00 | 1.60 | 280.00 | Initial Consultation |
| 05/02/2012 | 2 | 100 | 75.00 | 0.30 | 22.50 | Research information for client with Jeff |
| 05/07/2012 | 2 | 108 | 75.00 | 2.00 | 150.00 | Office conference with client re: missing information |
| 05/10/2012 | 2 | 100 | 75.00 | 0.30 | 22.50 | Research & review DMV, Secretary of State, & Idaho case history |
| 05/10/2012 | 2 | 115 | 75.00 | 2.00 | 150.00 | Preparation of schedules |
| 05/14/2012 | 2 | 116 | 75.00 | 1.30 | 97.50 | Edit & revise schedules; Email updated draft to clients |
| 05/15/2012 | 2 | 116 | 75.00 | 1.00 | 75.00 | Edit & revise schedules w/more client updates |
| 05/16/2012 | 3 | 2 | 175.00 | 0.75 | 131.25 | Review exemptions |
| 05/16/2012 | 3 | 2 | 175.00 | 1.20 | 210.00 | I/O conference w/ BRC re: case status |
| 05/16/2012 | 2 | 108 | 75.00 | 1.30 | 97.50 | Office conference with Jeff about client |
| 05/16/2012 | 2 | 116 | 75.00 | 2.00 | 150.00 | Edit & revise schedules; phone call w/client re: same |
| 05/17/2012 | 3 | 2 | 175.00 | 3.00 | 525.00 | Review file in anticipation of signing |
| 05/17/2012 | 2 | 108 | 75.00 | 0.60 | 45.00 | Office conference with JPK re: plan; Update domestic support order |
| 05/18/2012 | 3 | 2 | 175.00 | 1.20 | 210.00 | Final review of file drafts, send to client w/ comments |
| 05/23/2012 | 3 | 2 | 175.00 | 0.65 | 113.75 | review file, pcall w/ client |
| 05/23/2012 | 3 | 2 | 175.00 | 1.00 | 175.00 | File Petition |
| 05/24/2012 | 3 | 2 | 175.00 | 0.35 | 61.25 | File B22C |
| 05/25/2012 | 3 | 2 | 175.00 | 0.20 | 35.00 | email exchange re: case status |
| 05/29/2012 | 2 | 111 | 75.00 | 0.20 | 15.00 | Letter to Client re Filing |
| 05/29/2012 | 2 | 115 | 75.00 | 0.30 | 22.50 | Preparation of Employment Verification |
| 05/29/2012 | 2 | 111 | 75.00 | 0.30 | 22.50 | Letter to Client re Documents Needed After Filing |
| 06/04/2012 | 3 | 2 | 175.00 | 0.25 | 43.75 | review of Piper Lance purchase agreement |
| 06/05/2012 | 3 | 2 | 175.00 | 0.15 | 26.25 | pcall w/ Highland Title of Ashland |
| 06/06/2012 | 3 | 2 | 175.00 | 0.60 | 105.00 | Draft Mtn to Sell Real Estate |
| 06/06/2012 | 3 | 2 | 175.00 | 0.25 | 43.75 | pcall w/ client re: selling real estate |
| 06/06/2012 | 3 | 2 | 175.00 | 0.35 | 61.25 | pcall w/ client's real estate agent |
| 06/06/2012 | 3 | 2 | 175.00 | 0.25 | 43.75 | pcall with selling agent |
| 06/06/2012 | 3 | 2 | 175.00 | 0.25 | 43.75 | Continue Drafting Motion to sell Real Estate |
| 06/11/2012 | 3 | 2 | 175.00 | 0.50 | 87.50 | email exchange w/ client re: Virginia Tax issue \| pcall to VA taxing authority re: issue |
| 06/13/2012 | 3 | 2 | 175.00 | 0.40 | 70.00 | Draft Affidavit of No VA taxes |
| 06/13/2012 | 3 | 2 | 175.00 | 0.25 | 43.75 | pcall w/ N. Marroquin re: tax issue |
| 06/14/2012 | 3 | 2 | 175.00 | 0.25 | 43.75 | conference w/ client |
| 06/14/2012 | 3 | 2 | 175.00 | 0.20 | 35.00 | forward to VA taxing authority client affidavit |
| 06/19/2012 | 3 | 2 | 175.00 | 0.50 | 87.50 | Finish Drafting Motion to Sell Real Estate |
| 06/19/2012 | 3 | 2 | 175.00 | 0.40 | 70.00 | Prep and file Motion to Sell Real Estate |
| 06/19/2012 | 3 | 2 | 175.00 | 0.25 | 43.75 | email Motion to sell Real Estate to client with notes |
| 06/20/2012 | 3 | 2 | 175.00 | 0.50 | 87.50 | Receive, review, and relay to client with notes Trustee's Initial Case Review and IRS fax. |
| 06/20/2012 | 3 | 2 | 175.00 | 0.35 | 0.00 | email exchange w/ Trustee and IRS re: Meeting of Creditors |
| 06/21/2012 | 3 | 2 | 175.00 | 0.15 | 26.25 | pcall w/ client re: Trustee's Initial Case Review and IRS Fax |
| 06/21/2012 | 3 | 2 | 175.00 | 0.15 | 26.25 | email exchange w/ B. Langford re: BoA's objection to plan |
| 06/22/2012 | 1 | 156 | 250.00 | 1.00 | 250.00 | 341 Meeting |
| 06/27/2012 | 3 | 2 | 175.00 | 0.20 | 35.00 | pcall w/ client re: 341 Meeting of Creditors |
| 07/03/2012 | 2 | 115 | 75.00 | 0.30 | 22.50 | Preparation of Notice of Change of Address re Discover Card |
| 07/09/2012 | 2 | 111 | 75.00 | 0.20 | 15.00 | Email to Client re Address update for Charles Hunter |
| 07/09/2012 | 2 | 115 | 75.00 | 0.30 | 22.50 | Preparation of Notice of Change of Address re Patrick Mooney |
| 07/09/2012 | 2 | 115 | 75.00 | 0.30 | 22.50 | Preparation of Notice of Change of Address re Charles Hunter |
| 07/12/2012 | 3 | 2 | 175.00 | 2.00 | 350.00 | Begin Drafting Response to Trustee's Findings and Recommendations |
| 07/12/2012 | 3 | 2 | 175.00 | 0.25 | 43.75 | draft and send email to client and real estate agent |
| 07/12/2012 | 3 | 2 | 175.00 | 0.25 | 43.75 | pcall w/ client |
| 07/12/2012 | 3 | 2 | 175.00 | 0.25 | 43.75 | email to Trustee requested documentation re: support orders |
| 07/12/2012 | 3 | 2 | 175.00 | 0.05 | 8.75 | email exchange w/ Trustee's office re: response to Dbtrs mtn to sell property |
| 07/12/2012 | 3 | 2 | 175.00 | 0.10 | 17.50 | draft and send email inquiry to client's DC atty |
| 07/14/2012 | 3 | 2 | 175.00 | 0.85 | 148.75 | conduct research re: ex-spouse's marital property rights |
| 07/14/2012 | 3 | 2 | 175.00 | 0.60 | 105.00 | Edit and file response to Trustee's Findings and Recommendations |
| 07/15/2012 | 3 | 2 | 175.00 | 0.05 | 8.75 | respond to client email re: response to Trustee's Findings and Recommendations |
| 07/15/2012 | 3 | 2 | 175.00 | 0.10 | 17.50 | receive and review documents supplied by client re: legal ownership of house |
| 07/16/2012 | 2 | 115 | 75.00 | 0.30 | 22.50 | Preparation of Financial Management Certificate |
| 07/16/2012 | 3 | 2 | 175.00 | 0.50 | 87.50 | Prepare for confirmation hearing |
| 07/16/2012 | 3 | 2 | 175.00 | 0.30 | 52.50 | attend confirmation hearing |
| 07/18/2012 | 3 | 2 | 175.00 | 0.50 | 87.50 | Begin drafting Mtn to Sell airplane |
| 07/18/2012 | 3 | 2 | 175.00 | 0.25 | 0.00 | Begin drafting app. to employ broker |
| 07/18/2012 | 3 | 2 | 175.00 | 0.50 | 87.50 | email exchange w/ client and aircraft broker re: sale of aircraft |
| 07/19/2012 | 3 | 2 | 175.00 | 0.25 | 43.75 | Review Aircraft Escrow Agreement |
| 07/19/2012 | 3 | 2 | 175.00 | 0.15 | 26.25 | pcall w/ 1st Pryority Bank re: aircraft payoff |
| 07/19/2012 | 3 | 2 | 175.00 | 1.50 | 0.00 | Draft application to approve aircraft broker |
| 07/19/2012 | 3 | 2 | 175.00 | 0.50 | 0.00 | edit application |
| 07/19/2012 | 3 | 2 | 175.00 | 0.45 | 0.00 | email exchange w/ C. Hunter re: app to employ |
| 07/20/2012 | 3 | 2 | 175.00 | 0.10 | 17.50 | pcall w/ Brian Hirsh re: status of VA case |
| 07/20/2012 | 3 | 2 | 175.00 | 0.15 | 26.25 | pcall w/ client |
| 07/20/2012 | 3 | 2 | 175.00 | 0.55 | 96.25 | Draft and send email to MTC re: Miss Zdanovec's obj to sale of house |
| 07/20/2012 | 3 | 2 | 175.00 | 1.00 | 175.00 | research necessity of court approval for employment of real estate and aircraft brokers |
| 07/22/2012 | 3 | 2 | 175.00 | 2.50 | 437.50 | research re: necessity of employment of real estate and aircraft brokers |
| 07/22/2012 | 3 | 2 | 175.00 | 0.75 | 131.25 | cont. Drafting Mtn to sell aircraft |
| 07/22/2012 | 3 | 2 | 175.00 | 0.20 | 35.00 | email to client re: necessity of court approval for employment of real estate and aircraft brokers |

**EXHIBIT A**

| Trans Date | Atty | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|
| **Client ID 14067.00 MOONEY/PATRICK** | | | | | | |
| 07/25/2012 | 3 | 2 | 175.00 | 0.20 | 35.00 | pcall w/ client |
| 07/27/2012 | 3 | 2 | 175.00 | 0.10 | 17.50 | email to MTC re: moving date of hearing |
| 07/27/2012 | 3 | 2 | 175.00 | 0.45 | 78.75 | Revise stipulation to vacate and reset to the 27th |
| 07/27/2012 | 3 | 2 | 175.00 | 0.30 | 52.50 | email exchange with Court and MTC re: 8/27 for hearing date |
| 07/27/2012 | 3 | 2 | 175.00 | 0.25 | 43.75 | prep and file stip to vacate and reset |
| 07/28/2012 | 3 | 2 | 175.00 | 4.00 | 700.00 | Draft Response to Obj. to Sell house |
| 07/30/2012 | 3 | 2 | 175.00 | 0.40 | 70.00 | Finish drafting Resposne |
| 07/30/2012 | 3 | 2 | 175.00 | 1.50 | 262.50 | Conduct research re: Zdanovec's interest in house, and sale of house under 363(f) |
| 07/30/2012 | 3 | 2 | 175.00 | 2.40 | 420.00 | Revise Response, prepare exhibits, email to client |
| 07/31/2012 | 3 | 2 | 175.00 | 0.30 | 52.50 | Receive and incorporate comments from client into Response |
| 07/31/2012 | 3 | 2 | 175.00 | 0.20 | 35.00 | Review Lynn's divorce complaint |
| 07/31/2012 | 3 | 2 | 175.00 | 0.10 | 17.50 | draft & send email to VA taxation Dept. seeking status of POC |
| 07/31/2012 | 3 | 2 | 175.00 | 0.50 | 87.50 | Incorporate VA Divorce Complaint into Response, prepare exhibit |
| 07/31/2012 | 3 | 2 | 175.00 | 1.00 | 175.00 | Draft letter to Lynn's VA attorney re: pendente lite order | draft and send email to client relaying draft of letter plus comments |
| 07/31/2012 | 3 | 2 | 175.00 | 0.45 | 78.75 | finish final edits of Response to Object to Sell Property |
| 08/01/2012 | 3 | 2 | 175.00 | 0.10 | 17.50 | email exchange w/ client re: status of hearing on Lynn's objection |
| 08/01/2012 | 3 | 2 | 175.00 | 0.45 | 78.75 | receive client comments re: case and Letter to Lynn's atty, make changes to letter, respond to client's email. |
| 08/01/2012 | 3 | 2 | 175.00 | 0.20 | 35.00 | prepare and send letter to Lynn's VA attorney |
| 08/01/2012 | 3 | 2 | 175.00 | 0.30 | 52.50 | draft and send email correspondence to Matt Christensen re: sale of house and stay relief |
| 08/01/2012 | 3 | 2 | 175.00 | 0.75 | 131.25 | Revise Mtn to sell Aircraft (includes drafting and sending email correspondence to C. Hunter) |
| 08/02/2012 | 2 | 115 | 75.00 | 0.30 | 22.50 | Preparation of Notice of Change of Address re Bank of America |
| 08/02/2012 | 2 | 115 | 75.00 | 0.30 | 22.50 | Preparation of Notice of Change of Address re Citibank |
| 08/02/2012 | 2 | 115 | 75.00 | 0.30 | 22.50 | Preparation of Notice of Change of Address re IRS |
| 08/02/2012 | 3 | 2 | 175.00 | 0.50 | 87.50 | Finalize and prepare for filing Mtn to sell aircraft; prepare filed documents for mailer |
| 08/02/2012 | 3 | 2 | 175.00 | 0.05 | 0.00 | send to client filed copy of motion to sell aircraft |
| 08/02/2012 | 3 | 2 | 175.00 | 0.20 | 35.00 | Reply to MTC email re: pendente lite stay violation |
| 08/02/2012 | 3 | 2 | 175.00 | 0.25 | 43.75 | email exchange w/ MTC re: timing of Pendente Lite order |
| 08/13/2012 | 2 | 111 | 75.00 | 0.20 | 15.00 | Remail cc Ltr to Zdanovec Atty Pendente Lite Order |
| 08/15/2012 | 3 | 2 | 175.00 | 0.30 | 52.50 | Receive, review, and relay to client TTE's response to Mtn to Sell Aircraft and VA Taxation POC with comments. |
| 08/15/2012 | 3 | 2 | 175.00 | 0.10 | 17.50 | email exchange w/ client re date for sale of aircraft |
| 08/15/2012 | 3 | 2 | 175.00 | 0.80 | 140.00 | In anticipation of Status Hearing (8/21)- review filed claims, calculate impact of VA POC on 100% plan, review motions to sell house and airplane, Trustee's recommendations |
| 08/16/2012 | 3 | 2 | 175.00 | 0.20 | 35.00 | draft & send email correspondence to client's family law counsel re: 8/17 hearing. |
| 08/17/2012 | 3 | 2 | 175.00 | 0.50 | 87.50 | Draft Am. Sch. J and B22C and send to client |
| 08/17/2012 | 3 | 2 | 175.00 | 0.15 | 26.25 | email to client |
| 08/17/2012 | 3 | 2 | 175.00 | 0.10 | 17.50 | pcall w/ client |
| 08/17/2012 | 3 | 2 | 175.00 | 0.15 | 26.25 | revise am. Sch. J and B22C in light of client's comments |
| 08/19/2012 | 3 | 2 | 175.00 | 0.10 | 17.50 | Email reply with B. Hirch re: Pendente Lite Order |
| 08/20/2012 | 3 | 2 | 175.00 | 0.20 | 35.00 | Receive sig pages and file amended sch. J and Am B22C |
| 08/20/2012 | 3 | 2 | 175.00 | 0.05 | 0.00 | email exchange w/ MTC re: VA court hearing |
| 08/21/2012 | 3 | 2 | 175.00 | 0.30 | 52.50 | Attend Status Conference Hearing |
| 08/25/2012 | 3 | 2 | 175.00 | 1.60 | 280.00 | Draft Stmt of No Obj, and Order approving Mtn to sell aircraft |
| 08/25/2012 | 3 | 2 | 175.00 | 0.10 | 17.50 | Draft and send to Trustee email correspondence attaching proposed order |
| 08/26/2012 | 3 | 2 | 175.00 | 1.50 | 262.50 | Prep for hearing on Mtn to sell real property |
| 08/27/2012 | 3 | 2 | 175.00 | 0.75 | 131.25 | continue preparation for hearing on Mtn. to sell real property |
| 08/27/2012 | 3 | 2 | 95.00 | 1.10 | 104.50 | Attend hearing on Mtn to sell real property (this time is for "wait" time at hearing) |
| 08/27/2012 | 3 | 2 | 175.00 | 0.10 | 17.50 | Address Court at Hearing on Mtn to sell real property |
| 08/27/2012 | 3 | 2 | 175.00 | 0.35 | 61.25 | pcall w/ client recapping today's hearing and addressing Glendale Prop. HOA issue |
| 08/28/2012 | 3 | 2 | 175.00 | 0.60 | 105.00 | Review Loudon County Opinion, analyze options going forward, email client my response |
| 08/28/2012 | 3 | 2 | 175.00 | 0.10 | 17.50 | Respond to client email inquiry re: sale of house |
| 08/28/2012 | 3 | 2 | 175.00 | 0.05 | 8.75 | email exchange w/ client re: ex-spouse moving to Florida |
| 08/28/2012 | 3 | 2 | 175.00 | 0.15 | 26.25 | draft & send email inquiry to B. Hirsch re: status of Pendente Lite order |
| 08/28/2012 | 3 | 2 | 175.00 | 0.15 | 26.25 | re: sale of aircraft | pcall with client, email exchange w/ TTE & client |
| 08/28/2012 | 3 | 2 | 175.00 | 0.20 | 35.00 | receive TTE email re: aircraft order, make revisions, send to TTE |
| 08/29/2012 | 3 | 2 | 175.00 | 0.20 | 35.00 | Finish drafting Stmt of No Response re: aircraft |
| 08/29/2012 | 3 | 2 | 175.00 | 0.20 | 35.00 | proof/edit/revise stmt no resp., file w/ court, lodge proposed order w/ court. |
| 08/29/2012 | 3 | 2 | 175.00 | 0.10 | 17.50 | respond to client email inquiry re: proposed order |
| 08/30/2012 | 3 | 2 | 175.00 | 0.15 | 26.25 | email exchange w/ V1 Aviation re: closing of aircraft |
| 08/30/2012 | 3 | 2 | 175.00 | 0.10 | 17.50 | REceive and review order approving sale, forward to client & V1 Aviaiton |
| 08/30/2012 | 3 | 2 | 175.00 | 0.75 | 131.25 | draft and send email reply to client email inquiry re: proceeding with VA family court action |
| 09/17/2012 | 3 | 2 | 175.00 | 0.10 | 17.50 | email inquiry to client and aircraft broker re: status of sale. |
| 09/18/2012 | 3 | 2 | 175.00 | 1.30 | 227.50 | receive & review aircraft closing statement and lien release. Exchange emails and pcall with escrow co. re disbursement of funds to trustee, draft status report re aircraft sale, draft and send email to trustee re: sale consummation and status report. pcall and email exchange w/ first pryority bank re amending claim. |
| 09/21/2012 | 3 | 2 | 175.00 | 0.15 | 26.25 | email exchange w/ client re: filed claims |

| Trans Date | Atty | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|
| **Client ID 14067.00 MOONEY/PATRICK** | | | | | | |
| 09/21/2012 | 3 | 2 | 175.00 | 1.20 | 210.00 | Review file, draft amended plan, email VA Counsel re: entry of orders in VA action, email MTC re: house sale, email client |
| 09/21/2012 | 3 | 2 | 175.00 | 0.20 | 35.00 | pcall w/ client |
| 09/27/2012 | 3 | 2 | 175.00 | 0.20 | 35.00 | respond to D. O'Neill email inquiry re: sale of house |
| 09/27/2012 | 3 | 2 | 175.00 | 0.10 | 17.50 | email aircraft broker re: return receipt for funds sent to TTE |
| 09/28/2012 | 3 | 2 | 175.00 | 0.30 | 52.50 | email Trustee soliciting signature on Status Report re: sale of aircraft |
| 09/28/2012 | 3 | 2 | 175.00 | 0.10 | 17.50 | email exchange w/ TTE re: status report |
| 09/28/2012 | 3 | 2 | 175.00 | 0.05 | 8.75 | pcall w/ client |
| 10/01/2012 | 3 | 2 | 175.00 | 0.15 | 26.25 | Review Stay Relief Mtn, send to client w/ comments |
| 10/01/2012 | 3 | 2 | 175.00 | 0.15 | 26.25 | email response to RCO re: house sale |
| 10/01/2012 | 3 | 2 | 175.00 | 0.10 | 17.50 | email to MTC re: sale of house |
| 10/02/2012 | 3 | 2 | 175.00 | 0.15 | 26.25 | email to MTC re house sale |
| 10/02/2012 | 3 | 2 | 175.00 | 0.60 | 105.00 | draft & send email to MTC re: lack of standing to obj. to sale |
| 10/02/2012 | 3 | 2 | 175.00 | 0.50 | 87.50 | draft & send response to MTC re: standing to object to house sale |
| 10/04/2012 | 3 | 2 | 175.00 | 0.25 | 43.75 | Review 2005 BK claims |
| 10/04/2012 | 3 | 2 | 175.00 | 1.00 | 175.00 | draft obj. to Stay Relief Mtn. |
| 10/04/2012 | 3 | 2 | 175.00 | 0.20 | 35.00 | email to L. Burri re: stay relief resolution |
| 10/05/2012 | 3 | 2 | 175.00 | 0.15 | 26.25 | pcall w/ client |
| 10/05/2012 | 3 | 2 | 175.00 | 0.10 | 17.50 | Receive, review and relay to client Withdrawal of Stay Relief Mtn |
| 10/07/2012 | 3 | 2 | 175.00 | 0.10 | 17.50 | Receive, review and relay to MTC Order vacating Pendente Lite Order |
| 10/08/2012 | 3 | 2 | 175.00 | 2.00 | 350.00 | Research caselaw re: standing to obj. to sale of real property |
| 10/08/2012 | 3 | 2 | 175.00 | 3.00 | 525.00 | Draft Supplement to Resp. to Obj. to sell house |
| 10/08/2012 | 3 | 2 | 175.00 | 0.05 | 8.75 | email request to TTE to sign status report |
| 10/09/2012 | 3 | 2 | 175.00 | 1.50 | 262.50 | Draft & file Notice of Intent to present evidence, witness list, Exhibit list (incl. preparing exhibits). |
| 10/09/2012 | 3 | 2 | 175.00 | 0.10 | 17.50 | receive email from client re: L. Zdanovec's interference w/ sale contract - relay to MTC |
| 10/15/2012 | 3 | 2 | 175.00 | 0.30 | 52.50 | Edit/revise & file Status Report re: aircraft sale |
| 10/16/2012 | 3 | 2 | 175.00 | 0.20 | 35.00 | Prepare exhibits for hearing |
| 10/16/2012 | 3 | 2 | 175.00 | 0.50 | 87.50 | Draft/prep Mooney testimony |
| 10/16/2012 | 3 | 2 | 175.00 | 0.75 | 131.25 | meet with client to prep testimony for hearing |
| 10/16/2012 | 3 | 2 | 175.00 | 0.25 | 43.75 | revise testimony notes for hearing |
| 10/16/2012 | 3 | 2 | 175.00 | 1.00 | 175.00 | prep/outline hearing argument |
| 10/16/2012 | 3 | 2 | 175.00 | 1.25 | 218.75 | Attend hearing on confirmation and sale of house |
| 10/16/2012 | 3 | 2 | 95.00 | 0.75 | 71.25 | Waiting time at Courthouse re: hearing on confirmation & Sale of house |
| 10/16/2012 | 3 | 2 | 175.00 | 0.10 | 17.50 | email to MTC re: proposed order for house sale |
| 10/16/2012 | 3 | 2 | 175.00 | 0.50 | 87.50 | Draft Order granting sale of real property |
| 10/22/2012 | 3 | 2 | 175.00 | 0.15 | 26.25 | receive signatures on proposed order re: sale of real property; lodge proposed order w/ court |
| 10/24/2012 | 3 | 2 | 175.00 | 0.05 | 8.75 | send email request for appraisal o MTC |
| 11/02/2012 | 3 | 2 | 175.00 | 0.10 | 17.50 | email to client re: sale date for purposes of IRS payoff |
| 11/04/2012 | 3 | 2 | 175.00 | 0.50 | 87.50 | Begin drafting Letter to L. Zdanovec's VA counsel re: stay violation |
| 11/06/2012 | 3 | 2 | 175.00 | 0.30 | 52.50 | pcall w/ client re: matters related to sale of Hallbrook property |
| 11/20/2012 | 3 | 2 | 175.00 | 0.15 | 26.25 | receive and respond to client email re: IRS payoff figure; send IRS email request for 12/31/2012 payoff amount |
| 11/26/2012 | 3 | 2 | 175.00 | 0.05 | 8.75 | email exchange w/ client. |
| 11/27/2012 | 3 | 2 | 175.00 | 0.45 | 78.75 | email exchange w/ client re: Orange Lake Country Club |
| 11/27/2012 | 3 | 2 | 175.00 | 0.15 | 26.25 | email exchange w/ Client re: orange lake country club |
| 12/07/2012 | 3 | 2 | 175.00 | 0.10 | 17.50 | email VA Title Co., regarding closing of house |
| 12/11/2012 | 3 | 2 | 175.00 | 0.10 | 17.50 | Send email inquiry to VA Title Co. re: sale of VA house, respond to client email inquiry re: possible stay violation |
| 12/13/2012 | 3 | 2 | 175.00 | 0.30 | 52.50 | Receive, review and relay to Trustee copy of VA Property HUD-1 closing statement and proceeds check. |
| 12/13/2012 | 3 | 2 | 175.00 | 0.40 | 70.00 | Review file, analyze impact of VA property sale on remainder of plan |
| Subtotal for Fees | | | Billable | 94.25 | 14,459.50 | |
| 05/24/2012 | 3 | 17 | | | 281.00 | Pd. United States Bankruptcy Court - Chapter 13 Filing Fee |
| Subtotal for Expenses | | | Billable | 0.00 | 281.00 | |
| 08/02/2012 | 3 | 25 | | | 37.95 | Postage & Copy Charges - Motion to Sell Aircraft Mailer |
| Subtotal for Advances | | | Billable | 0.00 | 37.95 | |
| 04/26/2012 | | 1 | | | 1,400.00 | PAYMENT RECEIVED - THANK YOU |
| 05/09/2012 | | 1 | | | 100.00 | PAYMENT RECEIVED - THANK YOU |
| Subtotal for Payments | | | Billable | 0.00 | 0.00 | |
| | | | Payments | | 1,500.00 | |
| **Total for Client ID 14067.00** | | | Billable | 94.25 | 14,778.45 | MOONEY/PATRICK |
| | | | Payments | | 1,500.00 | CHAPTER 13 |

**GRAND TOTALS**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Billable | 94.25 | 14,778.45 | |
| | | | Payments | | 1,500.00 | |

| Client | Date | Tmkr | E/A Cat | H P | T X | B C | R C | Tcd | Rate | Ctype Hours | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14067.00 | 01/10/2013 | 3 | 21 | P | | | | 2 | 175.00 | 0.15 | 26.25 | draft two emails - one to Bank of America, the other to the IRS requesting that objections to plan be withdrawn. MOONEY/PATRICK | 112 |
| 14067.00 | 01/10/2013 | 3 | 21 | P | | | | 2 | 175.00 | 1.00 | 175.00 | Draft letter to Ms. Zdanovec's VA counsel re: property division hearing is a violation of automatic stay. MOONEY/PATRICK | 114 |
| 14067.00 | 01/10/2013 | 3 | 21 | P | | | | 2 | 175.00 | 0.60 | 105.00 | Begin drafting fee application MOONEY/PATRICK | 115 |
| 14067.00 | 01/11/2013 | 3 | 21 | P | | | | 2 | 175.00 | 0.05 | 8.75 | revise Letter to L. Zdanovec's re: stay violation, resend to client MOONEY/PATRICK | 127 |
| 14067.00 | 01/11/2013 | 3 | 21 | P | | | | 2 | 175.00 | 1.00 | 175.00 | Finish Fee application [.75]; prepare and file w/ Court - estimated at .25 MOONEY/PATRICK | 128 |
| **Total for Client ID 14067.00** | | | | | | | | | **Billable** | 2.80 | 490.00 | MOONEY/PATRICK | |
| | | | | | | | | | **Total** | 2.80 | 490.00 | CHAPTER 13 | |
| **Grand Totals** | | | | | | | | | **Billable** | 2.80 | 490.00 | | |
| | | | | | | | | | **Total** | 2.80 | 490.00 | | |

EXHIBIT B